CHARLES F. HART, Appellant, *v.* J. CHEEVER COWDIN, Respondent, Impleaded with Another.

(Argued December 4, 1934; decided December 31, 1934.)

*Joseph P. Walsh* and *Frank H. Innes* for appellant.
*Paul Austin Crouch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH, J.